UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf its members and itself; and MIKA PYYHKALA and LINDSAY YAZZOLINO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>    Defendants. | CIVIL ACTION NO. |

## CORPORATE DISCLOSURE STATEMENT

  The National Federation of the Blind ("NFB") is a not-for-profit corporation with its principal place of business in Maryland. The NFB has no parent corporation and no publicly held company owns 10% or more of its stock.

                        Respectfully submitted,

*/s/ Christine M. Netski*          */s/ Gregory P. Care*
_____        _____
Christine M. Netski           Daniel F. Goldstein (*pro hac vice pending*)
Sugarman, Rogers, Barshak        Gregory P. Care (*pro hac vice pending*)
 & Cohen, P.C.            Brown, Goldstein & Levy, LLP
101 Merrimac Street          120 E. Baltimore Street, Suite 1700
Boston, MA 02114-4737        Baltimore, Maryland 21202
Phone: 617-227-3030          Phone: 410-962-1030
Fax: 617-523-4001           Fax: 410-385-0869
netski@srbc.com            dfg@browngold.com
                       gpc@browngold.com

                       *Attorneys for Plaintiffs*

Dated: April 8, 2013

2

## CERTIFICATE OF SERVICE

      I, Christine M. Netski, hereby certify that this document, filed through the ECF system, will be served with the Complaint and Summons in accordance with Fed. R. Civ. P. 4(h).

*/s/ Christine M. Netski*
_____
Christine M. Netski
netski@srbc.com

4820-7689-2691, v. 1