IN THE UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, ON BEHALF OF ITS MEMBERS AND ITSELF; ET AL,<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>HRB DIGITAL LLC AND HRB TAX GROUP, INC.,<br><br>Defendant/Respondent | Hearing Date:<br><br>CASE NO:<br>1:13-CV-10799-GAO<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **15th day of April, 2013**, at **2:50 PM**, at the address of **CORPORATION TRUST CO, 1209 ORANGE** Street, **WILMINGTON**, **New Castle** County, **DE 19801**; this affiant served the above described documents upon **HRB DIGITAL LLC** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Melanie McGrath, Managing Agent duly authorized to accept service / White, Female, Age 30, 5'7", 160 lbs, blonde hair, glasses**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this 23 day of April, 20 13.

Daniel Newcomb, Reg. # No #s in DE, New Castle, DE

SUBSCRIBED AND SWORN to before me this 23 day of April, 20 13.

NOTARY PUBLIC in and for the State of Delaware
Residing at: Wilmington DE
My Commission Expires: May 17, 2016

FOR: Brown, Goldstein & Levy, LLP
REF: 1120.092

ORIGINAL AFFIDAVIT OF SERVICE

Tracking #: 9915708 SEA

