IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br><br> HRB DIGITAL LLC, ET AL., <br><br> Defendant/Respondent | Hearing Date: <br><br> CASE NO: <br> 1:13-CV-10799-GAO <br><br> AFFIDAVIT OF SERVICE OF: <br> SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **15th day of April, 2013**, at **1:27 PM**, at the address of **155 FEDERAL Street STE. 700, BOSTON**, **Suffolk** County, **MA 02110**; this affiant served the above described documents upon **HRB TAX GROUP** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Deb DeMello, Corporate Operations Specialist, for CT Corp., Registered Agent, REGISTERED AGENT, A white female approx. 40-45 years of age 5'4"-5'6" in height weighing 140-160 lbs with blonde hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this 16th day of April, 2013.

_____
Michael Noble, MA

SUBSCRIBED AND SWORN to before me this 16 day of April, 2013

_____
Maria McIntire
NOTARY PUBLIC in and for the State of **Massachusetts**
Residing at: Boston MA
My Commission Expires: Feb 1, 2019

FOR: **BROWN, GOLDSTEIN & LEVY, LLP**
REF: **1120.092**

ORIGINAL AFFIDAVIT OF SERVICE

Tracking #: 9915703 SEA

MARIA MCINTIRE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 1, 2019