IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of its members and itself; and MIKA PYYHKALA and LINDSAY YAZZOLINO, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 1:13-cv-10799-GAO |

### *ASSENTED-TO* MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants HRB Digital LLC and HRB Tax Group, Inc. ("Defendants") hereby respectfully request, pursuant to Federal Rules of Civil Procedure 6 and 12, and with the assent of plaintiffs National Federation of the Blind, Mika Pyyhkala, and Lindsay Yazzolino ("Plaintiffs"), that Defendants' time to answer or otherwise respond to the complaint be extended from May 6, 2013, to and including June 5, 2013.  As grounds for this request, the parties state as follows:

1.      The parties present this motion within the original time under the Federal Rules of Civil Procedure to respond to the complaint, which was served on or about April 15, 2013. Pursuant to Federal Rules of Civil Procedure 12, Defendants' deadline to respond to the Complaint is currently set for May 6, 2013.

2.      This is the first request for an extension of time to respond, and is not being made for purposes of delay or for any other improper purpose.  Upon service of the complaint,

Defendants began analyzing the factual and legal bases of Plaintiffs' claims, and request additional time to complete its analysis and conduct any necessary meet-and-confer with Plaintiffs.

3.      Defendants have retained the undersigned counsel as local counsel.  Primary counsel will request admission *pro hac vice* to this Court and, assuming admission is granted, will subsequently enter an appearance.  The additional time will allow primary counsel both to present their request for admission to this Court and to prepare and file Defendants' responsive pleading.

4.      Plaintiffs, through their counsel, have assented to the request for a 30-day extension of time for Defendants to answer or otherwise respond to the complaint.

5.      Plaintiffs agree Defendants will not be in default if the Court does not enter an order on this assented-to motion before June 5, 2013.

WHEREFORE, the parties jointly request that the Court grant their motion to allow an additional 30 days, to and including June 5, 2013, to answer or otherwise respond to the complaint.

Dated:    May 3, 2013

Respectfully submitted,

**HRB Digital LLC and HRB Tax Group, Inc.**
By its attorneys,

_____*/s/ Julie O'Neill*_____
Julie O'Neill (BBO # 456853)
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
Telephone:      202.887.1500
Facsimile:      202.887.0763

Of Counsel:

David F. McDowell, CA Bar No. 125806
(*pro hac vice* application forthcoming)
Jacob M. Harper, CA Bar No. 259463
(*pro hac vice* application forthcoming)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone:         213.892.5200
Facsimile:         213.892.5454

Assented to:
Attorneys for Plaintiffs

_____/s/ Daniel F. Goldstein_____
Daniel F. Goldstein (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Ste. 1700
Baltimore, Maryland 21202
Telephone:         410.962.1030
Facsimile:         410.385.0869

## **[PROPOSED] ORDER**

For good shown, IT IS HEREBY ORDERED that:

Defendant's time to serve and file its answer or other response to the Complaint is

extended to and including June 5, 2013.

IT IS SO ORDERED.

By: _____

Hon. George A. O'Toole, Jr., U.S. District Judge

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), counsel met and conferred on May 1, 2013, in a good faith attempt to resolve or narrow the issues raised in this Motion.  The parties came to the agreement reflected in the assented-to motion above.

Respectfully submitted,

By:  */s/ Daniel F. Goldstein*
    Daniel F. Goldstein (*pro hac vice*)
    BROWN, GOLDSTEIN & LEVY, LLP
    120 East Baltimore Street, Ste. 1700
    Baltimore, Maryland 21202
    Telephone:   410.962.1030
    Facsimile:   4103385.0869

    Attorneys for Plaintiffs

By: */s/ Julie O'Neill*
    Julie O'Neill (Bar No. 456853)
    MORRISON & FOERSTER LLP
    2000 Pennsylvania Ave., NW
    Washington, DC 20006
    Telephone:   202.887.1500
    Facsimile:   202.887.0763

    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Julie O'Neill, hereby certify that a copy of the foregoing document has been served upon all opposing counsel of record by ECF on this 3rd day of May, 2013.


/s/ Julie O'Neill
Julie O'Neill

1209020