IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of its members and itself; and MIKA PYYHKALA and LINDSAY YAZZOLINO, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 13-cv-10799-GAO |

### HRB DIGITAL LLC AND HRB TAX GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 7.3, the undersigned, certifies HRB Digital LLC and HRB Tax Group, Inc. are indirect subsidiaries of H&R Block, Inc., which is a publicly-held corporation (NYSE: HRB).

Dated:   May 3, 2013

Respectfully submitted,

**HRB Digital LLC and HRB Tax Group, Inc.**
By its attorneys,

   /s/ *Julie O'Neill*
Julie O'Neill (BBO # 456853)
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
Telephone:        202.887.1500
Facsimile:          202.887.0763

Of Counsel:

David F. McDowell, CA Bar No. 125806
(*pro hac vice* application forthcoming)
Jacob M. Harper, CA Bar No. 259463
(*pro hac vice* application forthcoming)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone:    213.892.5200
Facsimile:      213.892.5454

## CERTIFICATE OF SERVICE

     I, Julie O'Neill, hereby certify that a copy of the foregoing document has been served upon all opposing counsel of record by ECF on this 3rd day of May, 2013.

                                                    */s/ Julie O'Neill*
                                                    Julie O'Neill

1209084