IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of its members and itself; and MIKA PYYHKALA and LINDSAY YAZZOLINO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:13-cv-10799-GAO |

### *ASSENTED-TO* MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants HRB Digital LLC and HRB Tax Group, Inc. (Defendants) hereby respectfully request, pursuant to Federal Rules of Civil Procedure 6 and 12, and with the assent of plaintiffs National Federation of the Blind, Mika Pyyhkala, and Lindsay Yazzolino (Plaintiffs), that Defendants' time to answer or otherwise respond to the complaint be extended from June 5, 2013, to and including July 12, 2013. As grounds for this request, the parties state as follows:

1. The parties present this motion within the time to respond to the complaint, which Pursuant to Federal Rules of Civil Procedure 12, the parties' prior assented-to motion, and the Court's Order [Dkt. No. 13], Defendants' deadline to respond to the Complaint is currently set for June 5, 2013.

2. This is the second request for an extension of time to respond, and is not being made for purposes of delay or for any other improper purpose. Upon service of the complaint,

- 2 -

Defendants began analyzing the factual and legal bases of Plaintiffs' claims.  Defendants have continued diligently to analyze the complaint and to meet and confer with Plaintiffs.  The additional time will permit Defendants to complete their assessment of Plaintiffs' claims, explore alternative means of resolution, and, if necessary, formulate a proper response.

3. Plaintiffs, through their counsel, have assented to the request for a 37-day extension of time for Defendants to answer or otherwise respond to the complaint.

4. Plaintiffs agree Defendants will not be in default if the Court does not enter an order on this assented-to motion before July 12, 2013.

WHEREFORE, the parties jointly request that the Court grant their motion to allow an additional 37 days, to and including July 12, 2013, to answer or otherwise respond to the complaint.

Dated:   June 4, 2013

Respectfully submitted,

**HRB Digital LLC and HRB Tax Group, Inc.**
By its attorneys,

      /s/ Julie O'Neill
Julie O'Neill (BBO # 456853)
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
Telephone:       202.887.1500
Facsimile:        202.887.0763


Of Counsel:

David F. McDowell, CA Bar No. 125806
(*pro hac vice* application forthcoming)
Jacob M. Harper, CA Bar No. 259463
(*pro hac vice* application forthcoming)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone:       213.892.5200
Facsimile:        213.892.5454

Assented to:
Attorneys for Plaintiffs

    /s/ Daniel F. Goldstein
Daniel F. Goldstein (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Ste. 1700
Baltimore, Maryland 21202
Telephone:     410.962.1030
Facsimile:     410.385.0869

## **[PROPOSED] ORDER**

For good shown, IT IS HEREBY ORDERED that:

Defendant's time to serve and file its answer or other response to the Complaint is extended to and including July 12, 2013.

IT IS SO ORDERED.

By: _____

        Hon. George A. O'Toole, Jr., U.S. District Judge

- 5 -

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), counsel met and conferred on May 31, 2013, in a good faith attempt to resolve or narrow the issues raised in this Motion. The parties came to the agreement reflected in the assented-to motion above.

Respectfully submitted,

| | |
|---|---|
| By: /s/ Daniel F. Goldstein | By: /s/ Julie O'Neill |
| Daniel F. Goldstein (*pro hac vice*) | Julie O'Neill (Bar No. 456853) |
| BROWN, GOLDSTEIN & LEVY, LLP | MORRISON & FOERSTER LLP |
| 120 East Baltimore Street, Ste. 1700 | 2000 Pennsylvania Ave., NW |
| Baltimore, Maryland 21202 | Washington, DC 20006 |
| Telephone: 410.962.1030 | Telephone: 202.887.1500 |
| Facsimile: 4103385.0869 | Facsimile: 202.887.0763 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

- 6 -

## **CERTIFICATE OF SERVICE**

I, Julie O'Neill, hereby certify that a copy of the foregoing document has been served upon all opposing counsel of record by ECF on this 4th day of June, 2013.

                                              /s/ Julie O'Neill  
                                              Julie O'Neill

1212437