UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf its members and itself; and MIKA PYYHKALA and LINDSAY YAZZOLINO, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>           Defendants. | CIVIL ACTION<br>NO. 1:13-cv-10799-GAO |

**SECOND *ASSENTED-TO* MOTION OF PLAINTIFFS TO
EXTEND TIME TO FILE RULE 12(f) MOTION TO STRIKE**

      Plaintiffs, National Federation of the Blind, Mika Pyyhkala and Lindsay Yazzalino, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby request that Plaintiffs' time to file a motion to strike certain affirmative defenses in the Answer of Defendants HRB Digital LLC and HRB Tax Group, Inc. to Class Action Complaint be extended from August 30, 2013, up to and including September 30, 2013.  As grounds for this request, the parties state as follows:

      1.      The parties present this motion within the time period during which Plaintiffs may file a motion to strike pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, which currently expires on August 30, 2013.

      2.      Subsequent to the parties' in-person meeting in Baltimore, Maryland on August 20, 2013, the parties have continued to discuss alternative means of resolving this dispute.  The parties anticipate that continued discussions, which will not conclude before the current August

30, 2013 deadline for filing motions to strike, may resolve the disputes that would be litigated by such motions.

3. Defendants, through their counsel, have assented to Plaintiffs' request for a 31-day extension of time for Plaintiffs to file a motion to strike under Rule 12(f) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs request that the Court grant their assented-to motion to allow an additional 31 days, up to and including September 30, 2013, to file a motion to strike pursuant to Rule 12(f) of the Federal Rules of Civil Procedure.

> PLAINTIFFS, NATIONAL FEDERATION OF THE BLIND, MIKA PYYHKALA AND LINDSAY YAZZOLINO,
>
> By their Attorneys,
>
> */s/ Christine M. Netski*
> Christine M. Netski, BBO #546936
> Sugarman, Rogers, Barshak & Cohen, P.C.
> 101 Merrimac Street
> Boston, MA 02114-4737
> (617) 227-3030
> netski@srbc.com
>
> Daniel F. Goldstein (Admitted *pro hac vice*)
> Gregory P. Care (Admitted *pro hac vice*)
> Brown, Goldstein & Levy, LLP
> 120 E. Baltimore Street, Suite 1700
> Baltimore, Maryland 21202
> (410) 962-1030
> dfg@browngold.com
> gpc@browngold.com

DATED: August 27, 2013

## **CERTIFICATE OF SERVICE**

    I, Gregory P. Care, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                             */s/* Gregory P. Care
                                             gpc@browngold.com