UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON DIVISION)

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf its members and itself; and MIKA PYYHKALA and LINDSAY YAZZOLINO, on behalf of themselves and all others similarly situated,<br><br>                   Plaintiffs,<br><br>v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>                   Defendants. | CIVIL ACTION NO. 1:13-cv-10799-GAO |

**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

Plaintiffs Mika Pyyhkala and Lindsay Yazzolino and National Federation of the Blind, (collectively, "Plaintiffs"), by and through their attorneys, make the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

A.      The following individuals are likely to have discoverable information that Plaintiffs may use to support their claims or defenses:

| Potential Witness | Subject Matter |
|---|---|
| Marc Maurer<br>200 East Wells Street<br>at Jernigan Place<br>Baltimore, MD 21230<br>(410) 659-9314<br>(reachable through Plaintiffs' counsel) | Mission and nature of NFB, goals of the litigation, impact of access barriers on the blind. |
| Lindsay Yazzolino<br>21 Appleton Street, Apt. 2<br>Somerville, MA 02144<br>(reachable through Plaintiffs' counsel) | Access barriers experienced on Defendants' websites and Internet-based applications. |

| | |
|---|---|
| Mika Pyyhkala<br>61 Middle Street, #2<br>South Boston, MA 02127<br>(reachable through Plaintiffs' counsel) | Access barriers experienced on Defendants' websites and Internet-based applications. |
| Experts to be disclosed pursuant to the Court's scheduling order | To be disclosed |
| Other members of the NFB and/or the class | Access barriers experienced on Defendants' websites and Internet-based applications. |
| Other NFB officers and/or employees | Mission and nature of NFB, goals of the litigation, NFB's technology access initiatives and efforts. |

B.  The following documents, electronically stored information, or tangible things contain information that Plaintiffs may use to support their claims:

| Document, Electronically Stored Information, or Tangible Things | Custodian(s) |
|---|---|
| Defendants' websites and Internet-based applications | Defendants |
| Evaluations of accessibility barriers of Defendants' websites and Internet-based applications | Plaintiffs' counsel |
| Correspondence between NFB's counsel and Defendants' counsel prior to and subsequent to the commencement of litigation regarding the access barriers on Defendants' websites and Internet-based applications. | Plaintiffs' counsel |
| Media, promotional materials, and press releases regarding Defendants' websites and Internet-based applications | Plaintiffs' counsel |
| Articles, white papers, studies, and other materials that discuss the accessibility of websites and Internet-based applications | Plaintiffs' counsel |
| Contracts and agreements regarding Free File Alliance | Plaintiffs' counsel |
| Documents related to individual Plaintiffs' and potential class members' past and upcoming attempts to use Defendants' websites and Internet-based applications | Individual Plaintiffs and potential members of the class |
| August 6, 2013 response from the U.S. Department of Treasury, Internal Revenue Service to April 25, 2013 Freedom of Information Act ("FOIA") request | Plaintiffs' counsel |

| | |
|---|---|
| January 31, 2011 press release issued by U.S. Department of Justice regarding settlement of ADA complaints against HRB Tax Group Inc., H&R Block Tax Services LLC and HRB Advance LLC | Plaintiffs' counsel |
| Materials related to April 17, 2000 Settlement Agreement between Connecticut Attorney General and H&R Block regarding website accessibility complaints | Plaintiffs' counsel |

C.   Plaintiffs are seeking injunctive and declaratory relief that Defendants are violating federal and Massachusetts state law.  Plaintiffs will also seek reasonable attorneys' fees and costs in an amount to be determined by the court.

D.   Plaintiffs are not aware of insurance agreements applicable to their claims in this litigation.

Plaintiffs reserve the right to supplement these initial disclosures.

Respectfully submitted,

PLAINTIFFS NATIONAL FEDERATION OF THE BLIND, MIKA PYYHKALA and LINDSAY YAZZOLINO
By their attorneys,

/s/ Gregory P. Care
Daniel F. Goldstein (*pro hac vice*)
Gregory P. Care (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Ste. 1700
Baltimore, Maryland 21202
Telephone: 410.962.1030
Facsimile: 410.385.0869

Christine M. Netski
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, Massachusetts 02114-4737
Telephone: 617-227-3030
Facsimile: 617-523-4001

DATED:   September 9, 2013

## Certificate of Service

  I, Gregory P. Care, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                 /s/ Gregory P. Care