UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf its members and itself; and MIKA PYYHKALA and LINDSAY YAZZOLINO, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>     Defendants. | CIVIL ACTION<br>NO. 1:13-cv-10799-GAO |

**SECOND *ASSENTED-TO* MOTION OF PLAINTIFFS FOR EXTENSION
OF TIME TO CONDUCT LOCAL RULE 16.1 SCHEDULING CONFERENCE**

Plaintiffs, National Federation of the Blind, Mika Pyyhkala and Lindsay Yazzalino, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby request that the currently scheduled Local Rule 16.1 Scheduling Conference noticed by ECF Doc. No. 16 be postponed from October 21, 2013 at 2:00 pm to November 18, 2013.  As grounds for this request, the parties state as follows:

  1.  The parties present this motion prior to the Scheduling Conference, which is currently set for October 21, 2013 at 2:00 pm.

  2.  Following continued correspondence and telephone conferences, the parties had a second in-person meeting in Washington, D.C. on September 27, 2013 to continue discussing alternative means of resolving this dispute.

  3.  The parties anticipate that continued discussions, which will not conclude before the currently set Scheduling Conference, may resolve the disputes to be litigated by this matter.

4. Further, the currently set Scheduling Conference of October 21, 2013 is beyond the date that the Clerk of the Court anticipates the Court will remain open as a result of the shutdown of the federal government. Accordingly, it is likely that the Scheduling Conference would need to be rescheduled in any event.

5. Defendants, through their counsel, have assented to Plaintiffs' request to postpone the Scheduling Conference to November 18, 2013.

WHEREFORE, Plaintiffs request that the Court grant their assented-to motion to postpone the Local Rule 16.1 Scheduling Conference from October 21, 2013 at 2:00 pm, to November 18, 2013.

> PLAINTIFFS, NATIONAL FEDERATION OF THE BLIND, MIKA PYYHKALA AND LINDSAY YAZZOLINO,
>
> By their Attorneys,
>
> */s/ Christine M. Netski*
> Christine M. Netski, BBO #546936
> Sugarman, Rogers, Barshak & Cohen, P.C.
> 101 Merrimac Street
> Boston, MA 02114-4737
> (617) 227-3030
> netski@srbc.com
>
> Daniel F. Goldstein (Admitted *pro hac vice*)
> Gregory P. Care (Admitted *pro hac vice*)
> Brown, Goldstein & Levy, LLP
> 120 E. Baltimore Street, Suite 1700
> Baltimore, Maryland 21202
> (410) 962-1030
> dfg@browngold.com
> gpc@browngold.com

DATED:   October 3, 2013

## **CERTIFICATE OF SERVICE**

I, Gregory P. Care, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Gregory P. Care
gpc@browngold.com