UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON DIVISION)

NATIONAL FEDERATION OF THE
BLIND, on behalf its members and itself;
and MIKA PYYHKALA and LINDSAY
YAZZOLINO, on behalf of themselves and
all others similarly situated,

               Plaintiffs,

v.

HRB DIGITAL LLC and HRB TAX
GROUP, INC.,

               Defendants.

CIVIL ACTION NO. 1:13-cv-10799-GAO

## LOCAL RULE 16.1 JOINT STATEMENT

Plaintiffs Mika Pyyhkala and Lindsay Yazzolino and National Federation of the Blind,

and Defendants HRB Digital LLC and HRB Tax Group, Inc. submit this Rule 16.1 Joint

Statement pursuant to the Court's July 12, 2013 Notice of Scheduling Conference.

**1) Discovery Schedule**

The parties have concluded that this case does not warrant phased discovery and propose

as follows, subject to entry of a mutually agreeable protective order governing confidential and

competitively sensitive information:

| | |
|---|---|
| Completion of fact discovery: | March 17, 2014 |
| Parties' Rule 26(a)(2) expert disclosures: | April 17, 2014 |
| Completion of expert discovery: | May 30, 2014 |

**2)  Motion Deadlines**

The parties propose the following motions deadlines:

Cross dispositive motions filed:                                  June 30, 2014

Opposition to cross dispositive motions filed:          July 21, 2014

Reply to cross dispositive motions filed:                    August 11, 2014

**3)  Certifications**

The parties will file their respective certifications under separate cover.

**4)  Other**

The Department of Justice has been in discussion with both parties and will be moving

shortly to intervene in the pending litigation and to join H&R Block, Inc. as a Defendant.


Respectfully submitted,                                        Respectfully submitted,

PLAINTIFFS NATIONAL FEDERATION                 DEFENDANTS HRB DIGITAL LLC and
OF THE BLIND, MIKA PYYHKALA and              HRB TAX GROUP, INC.
LINDSAY YAZZOLINO                                        By their Attorneys,
By their attorneys,
                                                                          /s/ Julie O'Neill
/s/ Daniel F. Goldstein                                        Julie O'Neill (BBO # 456853)
Daniel F. Goldstein (*pro hac vice*)                      MORRISON & FOERSTER LLP
Gregory P. Care (*pro hac vice*)                           2000 Pennsylvania Ave., NW
BROWN, GOLDSTEIN & LEVY, LLP                  Washington, DC 20006
120 East Baltimore Street, Ste. 1700                  Telephone: 202.887.1500
Baltimore, Maryland 21202                               Facsimile: 202.887.0763
Telephone: 410.962.1030
Facsimile: 410.385.0869                                     Of Counsel:
                                                                          David F. McDowell, CA Bar No. 125806
Christine M. Netski                                           (*pro hac vice*)
Sugarman, Rogers, Barshak & Cohen, P.C.       Jacob M. Harper, CA Bar No. 259463
101 Merrimac Street                                          (*pro hac vice*)
Boston, Massachusetts 02114-4737                   MORRISON & FOERSTER LLP
Telephone: 617-227-3030                                   707 Wilshire Boulevard, Suite 6000
Facsimile: 617-523-4001                                    Los Angeles, California 90017
                                                                          Telephone: 213.892.5200
DATED:   November 7, 2013                             Facsimile: 213.892.5454

## <u>CERTIFICATE OF SERVICE</u>

I, Gregory P. Care, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Gregory P. Care*

la-1221832