UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON DIVISION)

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf its members and itself; and MIKA PYYHKALA and LINDSAY YAZZOLINO, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>          Defendants. | CIVIL ACTION NO. 1:13-cv-10799-GAO |

## LOCAL RULE 16.1(D)(3) CERTIFICATE OF PLAINTIFFS

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that the Plaintiffs, Mika Pyyhkala and Lindsay Yazzolino and National Federation of the Blind, and their counsel have conferred: (i) with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (ii) to consider the resolution of the litigation through the use of alternative dispute resolution.

          PLAINTIFF NATIONAL FEDERATION OF THE BLIND
          By its authorized representative,

BY:   */s/* Mehgan Sidhu
       Mehgan Sidhu
       General Counsel
       National Federation of the Blind
       200 East Wells Street at Jernigan Place
       Baltimore, Maryland 21230
       Telephone: 410-659-9314 ext. 2314
       Facsimile: 410-659-5129

PLAINTIFF, MIKA PYYHKALA

BY:    */s/* Mika Pyyhkala

PLAINTIFF, LINDSAY YAZZOLINO

BY:    */s/* Lindsay Yazzolino

Respectfully submitted,

PLAINTIFFS NATIONAL FEDERATION OF THE BLIND, MIKA PYYHKALA and LINDSAY YAZZOLINO
By their attorneys,

BY: /s/ Daniel F. Goldstein
Daniel F. Goldstein (*pro hac vice*)
Gregory P. Care (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Ste. 1700
Baltimore, Maryland 21202
Telephone: 410.962.1030
Facsimile: 410.385.0869

Christine M. Netski
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, Massachusetts 02114-4737
Telephone: 617-227-3030
Facsimile: 617-523-4001

DATED:    November 7, 2013

## **CERTIFICATE OF SERVICE**

      I, Gregory P. Care, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                    */s/ Gregory P. Care*