UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of its members and itself; and MIKA PYYHKALA and LINDSAY YAZZOLINO, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>  Defendants.<br>_____<br><br>UNITED STATES OF AMERICA,<br><br>  Plaintiff-Intervenor,<br><br>  v.<br><br>HRB DIGITAL LLC, and HRB TAX GROUP, INC.,<br><br>  Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:13-cv-10799-GAO |

### MOTION OF THE UNITED STATES OF AMERICA TO INTERVENE

  The United States of America, by and through its attorneys, Jocelyn Samuels, Acting Assistant Attorney General for the Civil Rights Division, and Carmen M. Ortiz, United States Attorney for the District of Massachusetts, United States Department of Justice, respectfully moves to intervene as of right in this action, pursuant to Federal Rules of Civil Procedure 24, because it has a significant protectable interest in enforcing the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq.* Fed. R. Civ. P. 24(a). Alternatively, the United States

1

requests permission to intervene because its claims against Block have questions of law and fact in common with the above-captioned case and because the main action involves the interpretation of a statute that the Attorney General is entrusted by Congress to administer. Fed. R. Civ. P. 24(b)(1), (2). For the reasons cited in the attached Memorandum in Support, the United States respectfully requests that this Court grant this Motion and permit the United States to intervene in this matter.

Respectfully submitted,

PLAINTIFF
United States of America

By its attorneys:

| | |
|---|---|
| CARMEN M. ORTIZ<br>United States Attorney<br>District of Massachusetts | JOCELYN SAMUELS<br>Acting Assistant Attorney General<br>BECKY L. MONROE<br>Senior Counsel to the Assistant Attorney General<br>Civil Rights Division<br><br>REBECCA B. BOND, Chief<br>SHEILA M. FORAN, Special Legal Counsel<br>AMANDA MAISELS, Acting Deputy Chief<br>Disability Rights Section |
| /s/ Stephen P. Heymann_____<br>STEPHEN P. HEYMANN<br>Assistant United States Attorney<br>United States Attorney's Office<br>U.S. Department of Justice<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA  02210<br>617-748-3100<br>Stephen.Heymann@usdoj.gov<br>ATTORNEY TO BE NOTICED | /s/ William F. Lynch_____<br>EUGENIA ESCH, Trial Attorney<br>WILLIAM F. LYNCH, Trial Attorney<br>JOSHUA MENDELSOHN, Trial Attorney<br>Disability Rights Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W. – NYA<br>Washington, D.C. 20530<br>(202) 305-2008 (Lynch)<br>(202) 305-9775 (Fax)<br>Eugenia.Esch@usdoj.gov<br>William.Lynch@usdoj.gov<br>Josh.Mendelsohn@usdoj.gov<br>ATTORNEYS TO BE NOTICED |

Dated:   \_\_November 25, 2013_____

## CERTIFICATE PURSUANT TO LR. 7.1(A)(2)

Counsel for the United States has conferred with counsel for the parties. Counsel for Plaintiffs National Federation of the Blind, Lindsay Yazzolino, and Mika Pyyhkala consent to the United States' motion. Counsel for HRB Digital LLC and HRB Tax Group, Inc. has said he will promptly notify the Court and the parties whether he opposes the motion after he reviews the proposed complaint attached as Exhibit A.

|  |  |
|---|---|
|  | /s/ William F. Lynch_____ |
|  | WILLIAM F. LYNCH |
| Dated:        November 25, 2013 | Trial Attorney |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

|  |  |
|---|---|
|  | /s/ William F. Lynch_____ |
|  | WILLIAM F. LYNCH |
| Dated:        November 25, 2013 | Trial Attorney |