UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf its members and itself; and MIKA PYYHKALA and LINDSAY YAZZOLINO, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 1:13-cv-10799-GAO |

**PLAINTIFFS' CONSENT TO THE
<u>MOTION OF THE UNITED STATES OF AMERICA TO INTERVENE</u>**

Plaintiffs, National Federation of the Blind, Mika Pyyhkala and Lindsay Yazzalino, hereby consent to the Motion of the United States of America to Intervene. As grounds for this request, the Plaintiffs state as follows:

1.      The United States of America appears to have the right to intervene pursuant to Federal Rule of Civil Procedure 24(a)(2) in light of its duty and interest in enforcing the Americans with Disabilities Act, the law undergirding Plaintiffs' first cause of action.

2.      The United States of America appears to be permitted to intervene pursuant to Federal Rule of Civil Procedure 24(b)(1), (2) in light of its duty and interest in enforcing the Americans with Disabilities Act, the law undergirding Plaintiffs' first cause of action.

3.      The intervention of the United States of America will not unduly delay or prejudice the adjudication of Plaintiffs' rights. Fed. R. Civ. P. 24(b)(3).

WHEREFORE, Plaintiffs consent to the Motion of the United States of America to Intervene.

PLAINTIFFS, NATIONAL FEDERATION OF THE BLIND, MIKA PYYHKALA AND LINDSAY YAZZOLINO,

By their Attorneys,

/s/ Gregory P. Care
Daniel F. Goldstein (Admitted *pro hac vice*)
Gregory P. Care (Admitted *pro hac vice*)
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202
(410) 962-1030
dfg@browngold.com
gpc@browngold.com

Christine M. Netski, BBO #546936
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114-4737
(617) 227-3030
netski@srbc.com

DATED:	December 3, 2013

### CERTIFICATE OF SERVICE

I, Gregory P. Care, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Gregory P. Care
gpc@browngold.com
