**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of its members and itself; and MIKA PYYHKALA and LINDSAY YAZZOLINO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:13-cv-10799-GAO |

**HRB DIGITAL LLC'S AND HRB TAX GROUP, INC.'S
NOTICE OF NON-OPPOSITION TO THE DOJ'S MOTION TO INTERVENE**

Julie O'Neill (BBO # 456853)
**MORRISON & FOERSTER LLP**
2000 Pennsylvania Ave., NW
Washington, DC 20006
Telephone:  202.887.1500
Facsimile:  202.887.0763

David F. McDowell (*pro hac vice*)
Jacob M. Harper  (*pro hac vice*)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone:  213.892.5200
Facsimile:  213.892.5454

*Attorneys for Defendants*
HRB Digital LLC and HRB Tax Group, Inc.

HRB Digital LLC and HRB Tax Group, Inc. (together, Block) disagree with the factual allegations purportedly justifying the United States Department of Justice's (DOJ) intervention in this action, including allegations that Block discriminates against individuals with disabilities. Block does not, however, oppose the DOJ's intervention and will respond to the allegations of the complaint in a timely fashion.

Dated: December 9, 2013

Respectfully submitted,
HRB Digital LLC and HRB Tax Group, Inc.
By its attorneys,

    /s/ Julie O'Neill
Julie O'Neill (BBO # 456853)
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
Telephone:   202.887.1500
Facsimile:   202.887.0763
1231942

David F. McDowell, CA Bar No. 125806
(*pro hac vice*)
Jacob M. Harper, CA Bar No. 259463
(*pro hac vice*)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone:   213.892.5200
Facsimile:   213.892.5454