**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of its members and itself; and MIKA PYYHKALA and LINDSAY YAZZOLINO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:13-cv-10799-GAO |

**HRB DIGITAL LLC'S AND HRB TAX GROUP, INC.'S
NOTICE OF WITHDRAWAL OF COUNSEL**

| | |
|---|---|
| Julie O'Neill (BBO # 456853)<br>**MORRISON & FOERSTER LLP**<br>2000 Pennsylvania Ave., NW<br>Washington, DC 20006<br>Telephone:  202.887.1500<br>Facsimile:  202.887.0763 | David F. McDowell (*pro hac vice*)<br>Jacob M. Harper  (*pro hac vice*)<br>**MORRISON & FOERSTER LLP**<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, California 90017<br>Telephone:  213.892.5200<br>Facsimile:  213.892.5454 |

*Attorneys for Defendants*
HRB Digital LLC and HRB Tax Group, Inc.

      PLEASE TAKE NOTICE that Pursuant to FRCP Rule 83.5.2, defendants HRB Digital LLC, HRB Tax Group, Inc. ("HRB) and Jacob M. Harper hereby request to withdraw Jacob M. Harper as attorney for Defendants HRB.  Julie O'Neill of Morrison & Foerster LLP, 2000 Pennsylvania Ave., NW, Washington, DC 20006 and David F. McDowell of Morrison & Foerster LLP, 707 Wilshire Boulevard, Suite 6000, Los Angeles, California 90017 have previously entered appearances for Defendants, and will continue to represent defendants HRB Digital LLC and HRB Tax Group, Inc.

      WHEREFORE, defendants, HRB Digital LLC and HRB Tax Group, Inc. respectfully request this Court to withdraw Jacob M. Harper as counsel of record for HRB Digital LLC and HRB Tax Group, Inc. and further request that Jacob M. Harper be removed from the Court's Service list for this case, and that ECF Notifications be terminated for Jacob M. Harper who has previously entered an appearance on behalf of defendants HRB Digital LLC and HRB Tax Group, Inc.  No party to this case opposes this request.

Dated: December 13, 2013

Respectfully submitted,
HRB Digital LLC and HRB Tax Group, Inc.
By its attorneys,

    /s/ Jacob M. Harper

David F. McDowell, CA Bar No. 125806
(*pro hac vice*)
Jacob M. Harper, CA Bar No. 259463
(*pro hac vice*)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone:    213.892.5200
Facsimile:     213.892.5454

Julie O'Neill (BBO # 456853)
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
Telephone:    202.887.1500
Facsimile:     202.887.0763

**CERTFICATE OF SERVICE**

I, Jacob M. Harper, hereby certify that a copy of the foregoing document has been served upon all counsel of record by ECF on this 13th day of December, 2013

/s/ Jacob M. Harper
Jacob M. Harper