UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of its members and itself; and MIKA PYYHKALA and LINDSAY YAZZOLINO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>HRB DIGITAL LLC and<br>HRB TAX GROUP, INC.,<br><br>    Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>HRB DIGITAL LLC, and<br>HRB TAX GROUP INC.,<br><br>    Defendants. | Civil Action No. 1:13-cv-10799-GAO |

**PLAINTIFF-INTERVENOR UNITED STATES OF AMERICA
NOTICE OF APPEARANCE**

Pursuant to Fed. R. Civ. P. 83.5.2, Eugenia Esch hereby enters her appearance as co-counsel for the United States in the above captioned case.

1

Respectfully submitted,

PLAINTIFF
United States of America

By its attorneys:

JOCELYN SAMUELS
Acting Assistant Attorney General

| | |
|---|---|
| CARMEN M. ORTIZ | BECKY L. MONROE |
| United States Attorney | Senior Counselor to the Assistant Attorney |
| District of Massachusetts | General |
| | Civil Rights Division |
| | |
| | REBECCA B. BOND, Chief |
| | SHEILA M. FORAN, Special Legal Counsel |
| | AMANDA MAISELS, Acting Deputy Chief |
| | Disability Rights Section |
| | |
| | /s/ Eugenia Esch |
| STEPHEN P. HEYMANN | EUGENIA ESCH, Trial Attorney |
| SONYA A. RAO | WILLIAM F. LYNCH, Trial Attorney |
| Assistant United States Attorneys | Disability Rights Section |
| United States Attorney's Office | Civil Rights Division |
| U.S. Department of Justice | U.S. Department of Justice |
| John Joseph Moakley Federal Courthouse | 950 Pennsylvania Avenue, N.W. – NYA |
| 1 Courthouse Way | Washington, D.C. 20530 |
| Suite 9200 | (202) 305-2008 (Lynch) |
| Boston, MA  02210 | (202) 305-9775 (Fax) |
| 617-748-3100 | Eugenia.Esch@usdoj.gov |
| Stephen.Heymann@usdoj.gov | William.Lynch@usdoj.gov |
| ATTORNEY TO BE NOTICED | ATTORNEYS TO BE NOTICED |

Dated:  January 15, 2014

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                              /s/ Eugenia Esch  
                              EUGENIA ESCH  
Dated:  January 15, 2014        Trial Attorney