UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf its members and itself; and MIKA PYYHKALA and LINDSAY YAZZOLINO, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>          Defendants. | CIVIL ACTION<br>NO. 1:13-cv-10799-GAO |
| UNITED STATES OF AMERICA,<br><br>          Plaintiff-Intervenor,<br><br>v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>          Defendants. | |

### *ASSENTED-TO* MOTION OF PLAINTIFFS TO SHORTEN TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION FOR SANCTIONS

Plaintiffs, National Federation of the Blind, Mika Pyyhkala and Lindsay Yazzalino, hereby move to shorten the time within which Defendants may respond to Plaintiffs' Motion for Sanctions, or in the Alternative, to Compel the Depositions of Defendants to January 31, 2014, and to schedule an expedited hearing. As grounds for this motion, Plaintiffs state that the alternative relief they seek – that the Court order the Rule 30(b)(6) depositions of Defendants' corporate designees to proceed during the week beginning February 10, 2014 – cannot be afforded absent a shortened opposition period and an expedited hearing. Plaintiffs state further that Defendants' counsel represented that they would not oppose any request for a shortened

opposition period or for an expedited hearing of Plaintiffs' Motion for Sanctions, or in the Alternative, to Compel the Depositions of Defendants.

## CONCLUSION

WHEREFORE, Plaintiffs request that the Court grant their *Assented-To* Motion.

>PLAINTIFFS, NATIONAL FEDERATION OF THE BLIND,
>MIKA PYYHKALA AND LINDSAY YAZZOLINO,
>By their Attorneys,
>
>/s/ Gregory P. Care
>Daniel F. Goldstein (Admitted *pro hac vice*)
>Gregory P. Care (Admitted *pro hac vice*)
>Brown, Goldstein & Levy, LLP
>120 E. Baltimore Street, Suite 1700
>Baltimore, Maryland 21202
>(410) 962-1030
>dfg@browngold.com
>gpc@browngold.com
>
>Christine M. Netski, BBO #546936
>Sugarman, Rogers, Barshak & Cohen, P.C.
>101 Merrimac Street
>Boston, MA 02114-4737
>(617) 227-3030
>netski@srbc.com

DATED:   January 27, 2014

## CERTIFICATE OF SERVICE

I, Gregory P. Care, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    /s/ Gregory P. Care
gpc@browngold.com