UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf its members and itself; and MIKA PYYHKALA and LINDSAY YAZZOLINO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 1:13-cv-10799-GAO |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>    Defendants. | |

**AMENDED MOTION FOR SANCTIONS, OR IN THE
ALTERNATIVE, TO COMPEL THE DEPOSITIONS OF DEFENDANTS**

Plaintiffs, National Federation of the Blind, Mika Pyyhkala and Lindsay Yazzalino, pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1, hereby move to impose sanctions for failing to appear at the duly noticed depositions of Defendants HRB Digital LLC and HRB Tax Group, Inc., or in the alternative, to compel the depositions of Defendants HRB Digital LLC and HRB Tax Group, Inc.  For the reasons cited in the corresponding Memorandum in Support, Plaintiffs respectfully request that this Court grant this Motion and impose the following sanctions: (1) render a default judgment against the Defendants, (2) prohibit Defendants from supporting or opposing the claims and defenses addressed by the topics

noted in the deposition notice, and/or (3) order the Defendants to pay Plaintiffs' reasonable expenses, including attorneys' fees as to be determined later, or in the alternative, order the Defendants to produce during the week of February 10-14, 2014 any and all corporate designees necessary to provide testimony regarding all of the topics listed in Plaintiffs' deposition notices.

## Certification

The undersigned hereby certify that they have complied with the provisions of Local Rule 37.1 in making this Motion.

        PLAINTIFFS, NATIONAL FEDERATION OF THE BLIND,
        MIKA PYYHKALA AND LINDSAY YAZZOLINO,
        By their Attorneys,

        /s/ Gregory P. Care
        Daniel F. Goldstein (Admitted *pro hac vice*)
        Gregory P. Care (Admitted *pro hac vice*)
        Brown, Goldstein & Levy, LLP
        120 E. Baltimore Street, Suite 1700
        Baltimore, Maryland 21202
        (410) 962-1030
        dfg@browngold.com
        gpc@browngold.com

        Christine M. Netski, BBO #546936
        Sugarman, Rogers, Barshak & Cohen, P.C.
        101 Merrimac Street
        Boston, MA 02114-4737
        (617) 227-3030
        netski@srbc.com

DATED:       January 28, 2014

## CERTIFICATE OF SERVICE

I, Gregory P. Care, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    /s/ Gregory P. Care
gpc@browngold.com