UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf its members and itself; and MIKA PYYHKALA and LINDSAY YAZZOLINO, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>              Defendants. | CIVIL ACTION<br>NO. 1:13-cv-10799-GAO |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff-Intervenor,<br><br>v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>              Defendants. | |

## *ASSENTED-TO* MOTION TO DISMISS CLASS ACTION CLAIMS

Plaintiffs, National Federation of the Blind, Mika Pyyhkala, and Lindsay Yazzolino,

pursuant to Rules 23(e) and 41(a) of the Federal Rules of Civil Procedure, hereby move to

dismiss with prejudice Plaintiffs' class action allegations.  As grounds for this request, the parties

state as follows:

1.	Contemporaneous with the filing of this Motion, Plaintiffs National Federation of

the Blind, Mika Pyyhkala, and Lindsay Yazzolino; Plaintiff-Intervenor United States of

America; and Defendants HRB Digital LLC and HRB Tax Group, Inc. have filed a Joint Motion

for Entry of Consent Decree.

2.      The proposed Consent Decree represents a full and a fair settlement of the claims brought in the Complaint filed by the National Federation of the Blind, Mika Pyyhkala, and Lindsay Yazzolino.

3.      A term of a separate agreement between the Private Plaintiffs and H&R Block requires the National Federation of the Blind, Mika Pyyhkala, and Lindsay Yazzolino to "dismiss with prejudice their class action claims against H&R Block."

4.      To comply with this term, the National Federation of the Blind, Mika Pyyhkala, and Lindsay Yazzolino now seek to dismiss all class action allegations of their Complaint pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. *Id.* ("Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared").

5.      Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, "[t]he claims, issues, or defenses of a <u>certified class</u> may be settled, voluntarily dismissed, or compromised only with the court's approval." (emphasis added).

6.      To date, this Court has not certified the Plaintiffs' putative class action.

7.      Accordingly, Rule 23(e) does not apply to this action and the Court is not required, as a prerequisite to dismissal of the class allegations, to approve of the proposed Consent Decree or order that notice of the Consent Decree be provided to putative absentee class members.  *E.g.*, *In re Genzyme Corp. S'holder Litig.*, No. 10-CV-11356, 2011 WL 4572540, *1 n.2 (D. Mass. Sept. 1, 2011) ("Rule 23(e) does not apply to Plaintiffs' request for a voluntary dismissal because the Plaintiffs' class was never certified."), *report and recommendation adopted*, No. CIV. 10-11356-JLT, 2011 WL 4572538 (D. Mass. Sept. 29, 2011).

8.      The dismissal of the class allegations does not prejudice any putative absentee class member because the dismissal of Plaintiffs' class allegations does not bind or otherwise foreclose absentee class members from seeking relief not addressed by the proposed Consent Decree.

9.      Defendants, through their counsel, have assented to Plaintiffs' motion to dismiss the class action allegations.

WHEREFORE, Plaintiffs request that the Court grant their assented-to motion to dismiss the class action allegations.

PLAINTIFFS, NATIONAL FEDERATION OF THE BLIND, MIKA PYYHKALA AND LINDSAY YAZZOLINO,

By their Attorneys,

/s/ Christine M. Netski
Christine M. Netski, BBO #546936
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114-4737
(617) 227-3030
netski@srbc.com

Daniel F. Goldstein (Admitted *pro hac vice*)
Gregory P. Care (Admitted *pro hac vice*)
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202
(410) 962-1030
dfg@browngold.com
gpc@browngold.com

DATED:      March 6, 2014

## <u>CERTIFICATE OF SERVICE</u>

I, Gregory P. Care, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Gregory P. Care
gpc@browngold.com