UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf its members and itself; and MIKA PYYHKALA and LINDSAY YAZZOLINO, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>And<br><br>UNITED STATES OF AMERICA,<br><br>                Plaintiff-Intervenor,<br><br>v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 1:13-cv-10799-GAO |

**JOINT MOTION OF PARTIES TO RESCHEDULE STATUS CONFERENCE**

Plaintiffs National Federation of the Blind, Mika Pyyhkala, and Lindsay Yazzolino, Plaintiff-Intervenor United States of America, and Defendants HRB Digital LLC and HRB Tax Group, Inc. ("the Parties"), have resolved all issues in this litigation and submitted a proposed Consent Decree and Dismissal of Class Action Claims for the Court's consideration. Parties' Joint Motion for Entry of Consent Decree, ECF Doc. No. 52; Plaintiffs' Assented-to Motion to Dismiss Class Action Claims by Lindsay Yazzolino, Mika Pyyhkala, and National Federation of the Blind, ECF Doc. No. 53.

A status conference is presently set for Monday, March 24, 2014 at 2 p.m. In the event the Court simply requires more time to review the pending motions and does not need to confer with counsel about them, the Parties propose a brief extension of the status conference until April

14, 2014 at 2:30 p.m., so they can avoid unnecessary costs and fees for what will be an unnecessary interim status conference if the motions are granted.  Alternatively, the parties request the opportunity to appear by phone.

Respectfully submitted, this 20th day of March, 2014.

FOR THE PRIVATE PLAINTIFFS

FOR THE DEFENDANTS:

s/ Daniel F. Goldstein
DANIEL F. GOLDSTEIN
GREGORY P. CARE
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Ste. 1700
Baltimore, MD 21202
Phone: 410-962-1030
Fax: 410-385-0869
dfg@browngold.com
gpc@browngold.com

CHRISTINE M. NETSKI
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114-4737
Phone: 617-227-3030
Fax: 617-523-4001
netski@srbc.com

Dated: March 20, 2014

s/ David F. McDowell
DAVID F. MCDOWELL
JEREMIAH LEVINE
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
DMcDowell@mofo.com

LASHANN M. DEARCY
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
ldearcy@mofo.com

Dated: March 20, 2014

FOR THE UNITED STATES:

ERIC H. HOLDER, JR.
Attorney General of the United States

| | |
|---|---|
| CARMEN M. ORTIZ<br>United States Attorney<br>District of Massachusetts | JOCELYN SAMUELS<br>Acting Assistant Attorney General<br>BECKY L. MONROE<br>Senior Counsel to the Assistant Attorney General<br>Civil Rights Division<br><br>REBECCA B. BOND, Chief<br>SHEILA M. FORAN, Special Legal Counsel<br>AMANDA MAISELS, Acting Deputy Chief<br>Disability Rights Section |
| STEPHEN P. HEYMANN<br>SONYA A. RAO<br>Assistant United States Attorneys<br>United States Attorney's Office<br>U.S. Department of Justice<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>617-748-3100<br>Stephen.Heymann@usdoj.gov<br>ATTORNEY TO BE NOTICED | s/ William F. Lynch<br>EUGENIA ESCH, Trial Attorney<br>WILLIAM F. LYNCH, Trial Attorney<br>Disability Rights Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W. – NYA<br>Washington, D.C. 20530<br>(202) 305-2008 (Lynch)<br>(202) 305-9775 (Fax)<br>Eugenia.Esch@usdoj.gov<br>William.Lynch@usdoj.gov<br>ATTORNEYS TO BE NOTICED |

Dated: March 20, 2014

## CERTIFICATE PURSUANT TO L.R. 7.1(a)(2)

Counsel for the Parties have conferred and jointly consent to the filing of this Joint Motion of the Parties to Reschedule Status Conference.

Dated: March 20, 2014            s/ William F. Lynch
                                                   WILLIAM F. LYNCH, Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: March 20, 2014            s/ William F. Lynch
                                                   WILLIAM F. LYNCH, Trial Attorney