UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf its members and itself; and MIKA PYYHKALA and LINDSAY YAZZOLINO, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>And<br><br>UNITED STATES OF AMERICA,<br><br>          Plaintiff-Intervenor,<br><br>v.<br><br>HRB DIGITAL LLC and HRB TAX GROUP, INC.,<br><br>          Defendants. | CIVIL ACTION<br>NO. 1:13-cv-10799-GAO |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT DECREE

The Court has before it the Joint Motion for Entry of Consent Decree. Upon consideration of the terms of the Consent Decree, and in light of the agreement of the parties, it is this 24th day of March 2014 hereby ORDERED that:

The Joint Motion for Entry of Consent Decree is GRANTED;

The clerk shall enter the signed Consent Decree as a separate docket entry; and

This case shall be placed on the Court's inactive docket for the term of the Consent Decree.

_____
THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: March 6, 2014                         s/William F. Lynch
                                             WILLIAM F. LYNCH, Trial Attorney